Julia Richter
201 3rd Str.
West Sacramento, CA 96505
Ph: (916) 676-5567

Plaintiff

Arthur J. Harris -246986
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1001
Ph: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant
GREG STANFIELD

JOCELYN BURTON, SBN 135879
BURTON EMPLOYMENT LAW
1901 Harrison Street, Ste. 1100
Oakland, CA 94612
Ph: (510) 350-7025
Fax: (510) 473-3672

Attorney for DEFENDANTS
LISA AUSMUS, TODD MORK,
SEKOU MILLINGTON, DAMON GILBERT,
BRYAN HUBBARD, ANNE KIRKPATRICK and
CITY OF OAKLAND, CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA RICHTER,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>LISA AUSMUS, TODD MORK, SEKOU MILLINGTON, ANNE KIRKPATRICK, DAMON GILBERT, BRYAN HUBBARD, NISHANT JOSHI, DARREN ALLISON, STEVEN FALK, DAVID LOW, KATANO KASAINE, in their individual and official capacities, CITY AND OAKLAND AND DOES 1-100.<br><br>        Defendant(s). | Case Number: C 19-cv-08300 WHO<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
RICHTER v. AUSMUS, et al., Case Number 3:19-CV-8300 WHO

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate,

2  in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of

3  this action, including all claims stated herein against all parties, with each party to bear its own

4  attorney's fees and costs. The parties stipulate that the Hon. William H. Orrick III will retain

5  continuing jurisdiction to resolve any and all disputes regarding the settlement.

6

7

8  Dated: October 31, 2023          By:  //ss//  Julia Richter   //ss//

9                          JULIA RICHTER
                        Plaintiff

10

11                      MURPHY, PEARSON, BRADLEY & FEENEY

12

13  Dated: October 31, 2023          By:  //ss//  Arthur J. Harris   //ss//

14                          ARTHUR J. HARRIS
                        Attorneys for Defendant

15                          GREG STANFIELD

16                      BURTON EMPLOYMENT LAW

17

18  Dated: October 31, 2023          By:  //ss// Jocelyn Burton   //ss//

19                          JOCELYN BURTON
                        Attorney for Defendants LISA AUSMUS,

20                          TODD MORK, SEKOU MILLINGTON,
                        DAMON GILBERT, BRYAN HUBBARD,

21                          ANNE KIRKPATRICK and CITY OF
                        OAKLAND, CA

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
RICHTER v. AUSMUS, et al., Case Number 3:19-CV-8300 WHO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.



Dated:   October 31, 2023

William H. Orrick III
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
RICHTER v. AUSMUS, et al., Case Number 3:19-CV-8300 WHO